United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12599-amc
Timothy Schoell                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Nov 01, 2017
                              Form ID: pdf900           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db              +Timothy Schoell,    1618 Trenton Avenue,    Bristol, PA 19007-4108
13900892         Era/Enhanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13900896        +Reliance Federal Credit Union,    20102 Valley Forge Cir,    King of Prussia, PA 19406-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Nov 02 2017 01:50:19      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2017 01:49:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 02 2017 01:50:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: blegal@phfa.org Nov 02 2017 01:50:03      Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA  17101,    U.S.A. 17101-1406
cr              +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2017 01:46:16      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13917547        +E-mail/Text: bankruptcy@bbandt.com Nov 02 2017 01:49:38      BB&T, Bankruptcy Section,
                 PO Box 1847, 100-50-01-51,    Wilson, NC 27894-1847
13900891         E-mail/Text: bknotice@erccollections.com Nov 02 2017 01:50:04     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256~7412
13981440         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2017 01:51:32      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
13900894         E-mail/Text: blegal@phfa.org Nov 02 2017 01:50:02      PA Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA. 171058029
13900895         E-mail/Text: blegal@phfa.org Nov 02 2017 01:50:02      PA Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13902915        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 01:51:44
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13955517        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2017 01:51:32      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13900893       ##LVNV FUNDING,    120 N Keyser Ave,    Scranton, PA 185049701
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
              DONALD   WILLIFORD    on behalf of Debtor Timothy  Schoell don.williford@comcast.net,
               donwilliford@comcast.net;G4082@notify.cincompass.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TIMOTHY SCHOELL                    Chapter 13

                    Debtor          Bankruptcy No. 17-12599-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this ___1st___ day of ___November___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DONALD WILLIFORD
114 RADCLIFFE STREET

BRISTOL, PA 19007


Debtor:
TIMOTHY SCHOELL

1618 Trenton Avenue

Bristol, PA 19007